# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00294-CV

**Manor Independent School District, Appellant**

**v.**

**Deydra Steans, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-13-000241, HONORABLE TIM SULAK JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We deny the "Appellee's Emergency Motion for Reconsideration of Temporary Order on Appellant's Motion for Emergency Stay."

It is ordered on May 18, 2015.

Before Justices Puryear, Pemberton, and Bourland